## AFFIDAVIT OF TASK FORCE OFFICER STEVEN A. HAMEL

I, Steven A. Hamel, Task Force Officer of the Drug Enforcement Administration ("DEA") being duly sworn, state that:

## INTRODUCTION

1. I am currently employed (as of April 2019) by the New Hampshire Attorney General's Office, as a Criminal Investigator. I am a Task Force Officer, assigned to the Portsmouth NH Tactical Diversion Squad, for the Drug Enforcement Administration (DEA) Diversion Group. Prior to this assignment I was an officer with the Kittery Maine Police Department (KPD) assigned to the Narcotics Division, and was a sworn member of the KPD from February 1988 through September 2018. Prior to this assignment I was a New Hampshire State Trooper assigned to Troop A from March of 1984 through February 1988. In 2013 I was detailed to the Portsmouth NH Tactical Diversion Squad for the DEA Diversion Group. As a Task Force Officer I am deputized to conduct federal investigations of violations of state and federal drug trafficking laws. I have authored more than 200 search and seizure warrant affidavits for illegal narcotics, related paraphernalia, and records, books, and proceeds derived as a result of the illicit activity. I have arrested and participated in the arrest of approximately 1500 persons for violations state and federal narcotics statutes. I have received more than 200 hours of specialized training in the area of illegal narcotics from various agencies to include KPD, the DEA, the Federal Bureau of Investigation (FBI), and the Maine State Police (MSP).

2. Through a Confidential Source ("CS") I have been able to conduct several controlled purchase of Methamphetamine a Schedule II controlled substance, from a Nadine JACQUES, in Suncook, and Concord, N.H. area, who is supplied by Tyler CADY. This affidavit is in support

1

of a probable cause arrest and complaint for Tyler CADY for the offense of Distribution of Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1). The following facts are related to those controlled purchases.

3. Since the fall of 2019, the CS has been providing information to law enforcement in exchange for monetary gain and in an effort to obtain leniency in a federal sentencing proceeding. The CS has been arrested for Receiving Stolen Property, Criminal Trespass, and Burglary. The CS has pleaded guilty to federal drug trafficking charges and is awaiting sentencing. The CS has made several control purchased of narcotics for this affiant, all of which field tested positive for the presence of a narcotic. The CS has provided both intelligence and under this affiants direction control purchases all of which had positive results for law enforcement. For these reasons, I consider the information provided by the cooperating individuals to be reliable.

4. **On 02-20-20**, TFO Steven Hamel and TFO Wilton met with the (CS) at a predetermined location. During this meeting, the CS indicated that a Nadine JACQUES had contacted the CS asking if the CS wanted to purchase Methamphetamine. The CS indicated that JACQUES was selling the Methamphetamine for around $100.00 dollars per gram. The CS indicated that he/she could meet with JACQUES at a predetermined location in Suncook, N.H.

5. TFO Hamel and TFO Wilton searched the CS to ensure that no contraband was present, the search was negative.  TFO Hamel then provided the CS with $300.00 of pre-recorded buy money (OAF). The CS stated JACQUES would sell three grams of Methamphetamine to the CS for $300.00. The CS was then equipped with an audio/video recording device for the meeting with JACQUES. At this point it was determined that the CS

2

would drive to the meet location. The vehicle the CS operated was then equipped with audio/video devices to capture the transaction.

6. Surveillance units then established surveillance in and around the predetermined meet location, being Central Street in Suncook N.H. arriving there at approximately 12:00 pm. TFO Hamel, Wilton, and other surveillance units set up surveillance in the area of Central Street and Lavallee's Store off of Central Street.

7. At approximately 12:26 pm, TFO Hamel observed the undercover vehicle arrive in the area of Central Street. A couple minutes at approximately 12:28 TFO Wilton observed JACQUES exit the market and walk over to the undercover vehicle. At this time a hand to hand transaction between Jacques and the CS took place for the sale of the Methamphetamine. At this time TFO Hamel observed JACQUES walk away from the undercover vehicle and walk back to 12 Central Street. At this time TFO Hamel observed JACQUES enter the front door with the number 12 displayed on the door.

8. At this time, surveillance units followed the CS to a predetermined meet location. Upon arriving at the predetermined location, the CS handed TFO Hamel the suspected Methamphetamine.

9. The CS was then debriefed by TFO Hamel. The CS indicated that it handed JACQUES the $300.00 of prerecorded buy money with JACQUES handing the CS approximately three grams of Methamphetamine.

10. **On 02-21-20,** TFO Steven Hamel and TFO Wilton met with a Colebrook Police Department (CS) at a predetermined location. During this meeting, the CS indicated that Nadine JACQUES had contacted the CS asking if the CS wanted any more Methamphetamine. The CS indicated

that he/she could meet with JACQUES in the area of Central Street in Suncook, NH. The CS indicated it could purchase three grams of Methamphetamine from Jacques for $300.00 dollars.

11. At this time TFO Hamel and TFO Wilton searched the CS to ensure that no contraband was present, the search was negative.  TFO Hamel then provided the CS with $300.00 of pre-recorded buy money (OAF). The CS was then equipped with audio/video recording devices for the meeting with JACQUES. : Surveillance units then established surveillance in and around the predetermined meet location, arriving there at approximately 11:15 am.

12. At approximately 12:10 pm, TFO Hamel observed the CS arrive at the meet location.  At 12:10 pm, TFO Hamel observed JACQUES exit number 12 Central Street and walk over to the undercover vehicle. At this time TFO Hamel observed a hand to hand transaction between the CS and JACQUES. A minute or so later TFO Hamel observed JACQUES walk away from the undercover vehicle and enter number 12 Central Street.

13. At this time, surveillance units followed the CS to a predetermined meet location. Upon arriving at the predetermined location, the CS handed TFO Hamel the Methamphetamine that was purchased from JACQUES.

14. The CS was then debriefed by TFO Hamel. The CS indicated he/she purchased the Methamphetamine from JACQUES at her residence. The CS stated that he/she handed the $300.00 of prerecorded buy money to JACQUES and JACQUES handed the CS the Methamphetamine.

15. **On 02-25-20,** TFO Steven Hamel and TFO Wilton met with a Colebrook Police Department (CS) at a predetermined location. During this meeting, the CS indicated that Nadine JACQUES had contacted the CS asking if the CS wanted any more Methamphetamine.  The CS

4

indicated that he/she could meet with JACQUES in the Concord, N.H. area. The CS indicated it could purchase one ounce of Methamphetamine from Jacques for $1400.00 dollars.

16. At this time TFO Hamel and TFO Wilton then searched the CS to ensure that no contraband was present, the search was negative. The CS vehicle was also searched and found to be free of any contraband or money. TFO Hamel then provided the CS with $1400.00 of pre-recorded buy money (OAF). The CS was then equipped with audio/video recording devices for the meeting with JACQUES.

17. Surveillance units then established surveillance in and around the predetermined meet location, being provided by JACQUES as 69 Manchester Street Lot # 12 in Concord, NH, arriving there at approximately 12:15 pm.

18. At approximately 12:56 pm, TFO Hamel observed the CS arrive at the meet location. At this time TFO Wilton observed a female all dressed in black, identified as JACQUES, enter the undercover vehicle. At this time TFO Hamel observed the undercover vehicle leave the area of lot # 12 driving north on Manchester Street. Surveillance units followed the undercover vehicle to # 83 South Main Street in Concord, NH arriving there at approximately 1:08 pm. At approximately 1:35 pm a blue taxi displaying Main Street Taxi pulled behind the undercover vehicle. A white male with blond hair (identified as Tyler CADY), wearing a blue jacket and a dark nap sack exited the taxi and walked into 83 South Main Street. At approximately 1:38 pm TFO Hamel observed JACQUES exited the undercover vehicle and entered # 83 South Main Street. At approximately 1:46 pm, TFO Hamel observed JACQUES exit # 83 South Main Street and re-enter the undercover vehicle. At this time surveillance units followed the undercover vehicle back to the Manchester Street area in Concord with TFO Wilton observing JACQUES exit the vehicle at that time.

19. At this time, surveillance units followed the CS to a predetermined meet location. Upon arriving at the predetermined location, the CS handed TFO Hamel the Methamphetamine that was purchased from JACQUES.

20. The CS was then debriefed by TFO Hamel. The CS indicated that in conversation with JACQUES she indicated her source of supply was a guy named "TYLER" who lived at the address they were parked in front of. The CS indicated when the male got out of the taxi that pulled up behind the undercover vehicle, JACQUES seemed to get real amped up and ready to exit the vehicle. The CS indicated when JACQUES got back into the vehicle she advised the CS to return back to the area of Manchester Street. The CS indicated he/she purchased the Methamphetamine from JACQUES within the undercover vehicle. The CS indicated that he/she handed the $1400.00 of prerecorded buy money to JACQUES who handed the ounce of Methamphetamine to the CS.  TFO Hamel has field tested all three quantities of apparent Methamphetamine purchased from JACQUES in February 2020, and all tested positive for Methamphetamine on the TRU-NARC device.

21. On **03-04-20:** TFO Steven Hamel and TFO Wilton met with a Colebrook Police Department (CS) at a predetermined location. During this meeting, the CS indicated that Nadine JACQUES had contacted the CS asking if the CS wanted any more Methamphetamine.  The CS indicated that he/she could meet with JACQUES in the Pittsfield, N.H. area, where JACQUES recently moved to. The CS indicated it could purchase four ounce of Methamphetamine from Jacques and CADY for $3900.00 dollars.

22. At this time TFO Hamel and TFO Wilton searched the CS to ensure that no contraband was present, the search was negative. The CS vehicle was also searched and found to be free of any contraband or money. TFO Hamel then provided the CS with $3900.00 of sham currency. The CS was then equipped with audio/video recording devices for the meeting with JACQUES. The CS was to pick up JACQUES in Pittsfield NH and then drive to Concord, NH to meet with CADY for the 4 ounces of crystal methamphetamine.

23. Surveillance units then established surveillance in and around the predetermined meet location, being 256 Dowboro Road in Pittsfield NH, arriving there at approximately 3:30 pm.

24. At approximately 3:50 pm, TFO Gosselin observed the CS arrive at the meet location in Pittsfield NH. At this time TFO Gosselin observed a female all dressed in black (identified as JACQUES) enter the undercover vehicle. At this time TFO Hamel observed the undercover vehicle (carrying the CS and JACQUES) leave the area of 256 Dowboro Road. Surveillance units followed the undercover vehicle to the area of 181 Silver Street, in Dover NH, arriving there at approximately 4:45 pm. At approximately 5:00 pm TFO Hamel observed CADY driving a small black colored compact vehicle pull beside the undercover vehicle. At approximately 5:06 pm, TFO Hamel observed JACQUES get out of the undercover vehicle and go to the passenger side of CADY's vehicle. CADY had the passenger side window down, and CADY and JACQUES spoke. At this time TFO Hamel observed CADY reach under the front seat of his vehicle and hand something black to JACQUES who was standing at the right front passenger side of CADY'S vehicle. At this point JACQUES walked back over to the undercover vehicle and spoke with the CS, and showed the CS something. The CS had been told to give the arrest signal once he saw methamphetamine. The CS then exited the undercover vehicle displaying the arrest signal. The CS then retrieved the sham buy money out of the trunk of his car.

25. JACQUES returned to the passenger side of CADY's car with the CS. CADY was observed handing a clear baggie to JACQUES. Agents then moved in to arrest JACQUES and CADY.

26. At the time of CADY'S arrest a clear plastic bag containing approximately four and a half ounces of apparent methamphetamine was located on his lap. A search of CADY'S person incident to arrest revealed approximately 7 grams of apparent Fentanyl in his right front pocket, along with a large sum of currency (approximately $5000 total) on his person. Afterwards Lt. Mark Hall ran a trained K-9 (Gator) on CADY's vehicle, and Gator alerted on the vehicle, indicating the presence of narcotics. A subsequent search of the CADY's vehicle revealed approximately 261 additional grams of apparent methamphetamine located in a sock in a knap sack that CADY claimed ownership of. Also in the vehicle at the time of the search agents located a loaded sawed off shotgun in the front passenger compartment, along with a 22 caliber handgun with an obliterated serial number. At the time of the search of CADY at the Strafford County Jail a 22 caliber round of ammunition was located on CADY"S person.

27. A field test of the methamphetamine taken into evidence on 03-04-20 tested positive for the presence of methamphetamine. These field test on all the exhibits, including the apparent Methamphetamine seized from CADY's lap and the apparent Methamphetamine seized from CADY's knapsack, was performed on the Tru-Narc instrument and tested positive.

28. Based on the facts described above, there is probable cause to believe that Tyler CADY has committed the offense of Distribution of Methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Respectfully Submitted,

/s/ Steven A. Hamel
Steven A Hamel,
Task Force Officer
Drug Enforcement Administration

Subscribed and sworn to before me on this 5th day of March, 2020

_____
Honorable Andrea K. Johnstone
United States Magistrate Judge